413 A.2d 1093

### In re INVESTIGATING GRAND JURY OF PHILADELPHIA COUNTY.

Appeal of George FOX.

Supreme Court of Pennsylvania.

Argued April 25, 1980.

Decided May 6, 1980.

---

Herbert K. Fisher, Philadelphia, for appellant.

Steven H. Goldblatt, Deputy Dist. Atty., Gaele Barthold, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.